# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. STEPP, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 2:10-cv-00279-JHH-HGD |
| | ) | |
| KATRINA ROSS, | ) | |
| | ) | |
| Defendant | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on April 19, 2010, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune. (Doc. # 9). On May 28, 2010, the plaintiff filed objections to the Magistrate Judge's Report and Recommendation. (Doc. # 10). The plaintiff merely restates the claims set forth in his complaint.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby

ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune.  A Final Judgment will be entered.

**DONE** this the  6th  day of July, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE